**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7780**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY DUANE SCOTT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (5:02-cr-00047-FPS)

———————

Submitted: March 22, 2007          Decided: March 29, 2007

———————

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Anthony Duane Scott, Appellant Pro Se. John Castle Parr, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Duane Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying with prejudice his motion for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Scott</u>, No. 5:02-cr-00047-FPS (N.D.W. Va. Aug. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>